**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OFARIZONA

| | |
|---|---|
| Coretta Cantley, | No. CV 11-0669-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| BAC Home Loans Servicing LP, et al., | |
| Defendants. | |

We have before us plaintiff's "voluntary motion to dismiss" her complaint (doc. 23). Plaintiff moves to dismiss all defendants. Pursuant to Rule 41(a)(1)(A), Fed. R. Civ. P., plaintiff may dismiss her action without a court order.

Therefore, **IT IS ORDERED GRANTING** plaintiff's motion to dismiss (doc. 23). **IT IS FURTHER ORDERED DENYING** as moot defendants' motion to dismiss (doc. 13) and plaintiff's motion for a preliminary injunction (doc. 19).

**IT IS ORDERED DISMISSING** Cantley v. BAC Home Loans Servicing LP, et al., No. CV 11-0669-PHX-FJM.

DATED this 4th day of August, 2011.

Frederick J. Martone
United States District Judge